THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,                       Case No. 20-cr-20233
vs.                                 Hon. Denis Page Hood

D-6 Jean Pinkard, N.P.

       Defendant.
_____/

## STIPULATED ORDER TO EXTEND DATE OF SURRENDER FOR DEFENDANT JEAN PINKARD

The parties, through their attorneys, hereby stipulate that the surrender date for Defendant Jean Pinkard, be extended from January 15, 2025, to March 3, 2025. This Honorable Court has previously extended Ms. Pinkard's report date to January 15, 2025, due to her terminal illness. (ECF No. 831, PageID.6026-6027). On December 24, 2024, Ms. Pinkard was informed her tumors have increased in size and Ms. Pinkard is scheduled to have imaging to obtain additional information related to her terminal illness. The imaging is scheduled for February 25, 2025.

| | |
|---|---|
| /s/*Regina McCullough* w/permission | /s/Stefanie Lambert |
| REGINA R. MCCULLOUGH | STEFANIE LAMBERT JUNTTILA |
| Assistant United States Attorney | Attorney for Defendant |
| 211 Fort St. Ste 2001 | 400 Renaissance Drive 26th Fl. |
| Detroit, MI 48226 | Detroit, MI 48243 |
| (313)226-9618 | (313) 410-6872 |
| Regina.McCullough@usdoj.gov | attorneylambert@protonmail.com |

Dated:  January 14, 2025

SO ORDERED:

/s/Denise Page Hood
Denise Page Hood
United States District Court Judge